# OLIVER S. STORCH
ATTORNEY AT LAW
SUITE 1001
305 BROADWAY
NEW YORK, NEW YORK 10007

MEMBER OF N.Y. & CT. BARS

TELEPHONE: (212) 587-2383
FACSIMILE: (212) 732-7080

November 7, 2013

**VIA ECF**

The Honorable Sandra L. Townes
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

       **Re: United States v. Adolfo Erazo Rosero**
        **Docket No. 06-CR-00091 (SLT)**

Your Honor:

  Greetings. I am writing in response to the false, outrageous and defamatory letter written to Your Honor by my former client, Mr. Adolfo Ezaro Rosero.

  On March 21, 2013 I requested of the court and Your Honor **ordered** Mr. Rosero to furnish me with the financial pedigree information of the individual(s) who deposited cash into my account in the U.S.

  Said directive was made in the presence of Mr. Ruben Oliva, Esq., and subsequently communicated to Mr. Jesse Siegel, Esq., Mr. Rosero's current counsel.

  As stated by me on the record, all fees paid to me by Mr. Rosero (a fraction of the written retainer agreement amount) have been placed in escrow. Furthermore, as stated on the record, I will donate **all fees** earned by me to charity and refund the balance to Mr. Rosero once he complies with said order. I refused to be paid by the alleged boss of the conspiracy and answer to his attorneys.

  I respectfully request an immediate hearing as to why Mr. Rosero has failed to comply with Your Honor's order and to hold Mr. Rosero to account for his disgusting and false allegations.

  Mr. Siegel is the attorney of record for Mr. Rosero. I ask that Mr. Siegel be directed to appear before this court and answer why he allowed his client to make said outrageous claims instead of complying with the directions of this court.

               Sincerely,

               Oliver S Storch, Esq.