**CRIMINAL CAUSE FOR STATUS:**

BEFORE TOWNES,J.    FEB.14 2014    TIME:2:30pm

CR-06-91

DEFT NAME: Javier Calle-Serna                                    #
  X present    ___ not present    x cust.    ___ bail

DEFENSE COUNSEL: Howard Leader
  X present    ___ not present    ___ CJA    x RET.    ___ LAS

DEFT NAME: Luis Pabon                                            #
  X present    ___ not present    x cust.    ___ bail

DEFENSE COUNSEL: Neil Schuster
  X present    ___ not present    ___ CJA    x RET.    ___ LAS

DEFT NAME: Carlos Murillo                                        #
  X present    ___ not present    x cust.    ___ bail

DEFENSE COUNSEL: Neil Schuster
  X present    ___ not present    ___ CJA    x RET.    ___ LAS

DEFT NAME: Reinaldo Zapata                                       #
  X present    ___ not present    x cust.    ___ bail

DEFENSE COUNSEL: Michael Hurowitz
  X present    ___ not present    x CJA    ___ RET.    ___ LAS

A.U.S.A.: S. Toossi, Tyler Smith & J. Lerer    CLERK: DEL

REPORTER: Sherry Bryant                OTHER: ___
INT:   (LANG.- Spanish )  Alfredo Garcia

_X_ CASE CALLED.    _x_ DEFT(S) _____ APPEAR WITH COUNSEL.
___ DEFT(S) _____ APPEAR WITHOUT COUNSEL.

___ **SPEEDY TRIAL** INFO FOR DEFT(S) _____
    CODE TYPE ___    START _____    STOP _____
    ___ ORDER / WAIVER EXECUTED & FILED.    ___ ENT'D ON RECORD.

___ STATUS CONF/HRG CONT'D TO _____ .
___ FURTHER STATUS SET FOR _____ .

**OTHER:** Motion scheduled: Defense briefs due 3/7/14; Gov't 3/28/14; any reply if any due 4/4/14. Arugments on motion and conference set for 4/7/2014 @ 11:00am. Time based on complexity excluded on the record.

**CRIMINAL CAUSE FOR STATUS:**

BEFORE TOWNES,J.     FEB.14 2014     TIME:2:30pm

CR-06-91

DEFT NAME: Hermel Diaz                                    #
   X present      not present      x cust.      bail

DEFENSE COUNSEL: Jeffrey Cohen
   X present      not present      CJA      x RET.      LAS

DEFT NAME:                                                #
   present      not present      cust.      bail

DEFENSE COUNSEL:
   present      not present      CJA      RET.      LAS

DEFT NAME:                                                #
   present      not present      cust.      bail

DEFENSE COUNSEL:
   present      not present      CJA      RET.      LAS

DEFT NAME:                                                #
   present      not present      cust.      bail

DEFENSE COUNSEL:
   present      not present      CJA      RET.      LAS

A.U.S.A.: S. Toossi, Tyler Smith & J. Lerer    CLERK: DEL

REPORTER: Sherry Bryant      OTHER:
INT:    (LANG.-Spanish ) Alfredo Garcia.

 X  CASE CALLED.    x   DEFT(S) _____ APPEAR WITH COUNSEL.
___ DEFT(S) _____ APPEAR WITHOUT COUNSEL.

___ **SPEEDY TRIAL** INFO FOR DEFT(S) _____
     CODE TYPE____ START_____ STOP_____
___ ORDER / WAIVER EXECUTED & FILED. ___ ENT'D ON RECORD.

___ STATUS CONF/HRG CONT'D TO_____.
___ FURTHER STATUS SET FOR_____.

**OTHER:** Motion scheduled: Defense briefs due 3/7/14; Gov't 3/28/14; any reply if any due 4/4/14. Arugments on motion and conference set for 4/7/2014 @ 11:00am. Time based on complexity excluded on the record.