SLR:LDM:CSK
F. #2006R00196
OCDETF # NY-NYE-653

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 25 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

UNITED STATES OF AMERICA

- against -

JAVIER ANTONIO CALLE SERNA,

              Defendant.

----------------------------------X

FINAL ORDER OF FORFEITURE

06-CR-91 (S-6) (AMD)
06-CR-91 (S-7) (AMD)

WHEREAS, on or about February 26, 2015, JAVIER ANTONIO CALLE SERNA ("defendant"), entered a guilty plea to Counts One, Two, Three, Counts Four through Six and Count Nine of the above-captioned Indictment 06-CR-91 (S-6) (SLT) (the "Indictment"), charging the defendant with violations of 21 U.S.C. §§ 848(b) and 848(c), 21 U.S.C. §§ 848(e)(1)A), 963, 959(a) and 18 U.S.C. § 1956(h), respectively;

WHEREAS, on or about February 26, 2015, the defendant also entered a guilty plea to the Sole Count of the above-captioned Superseding Information 06-CR-91 (S-7) (SLT) (the "Information"), charging the defendant with a violation of 18 U.S.C. §§ 201(b)(1)(A) and 201(b)(1)(C);

WHEREAS, on or about June 18, 2015, this Court entered a Preliminary Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure providing for the entry of a forfeiture money judgment in the amount of one billion dollars and no cents ($1,000,000,000.00) (the "Forfeiture Money Judgment"), and the forfeiture of all right title and interest in the following Forfeited Properties, credited towards the Forfeiture Money Judgment:

(a) approximately $1,149,077.84 seized by the federal law enforcement agents from bank accounts held in the name of Luz Calle and/or James Mondronero, at Gain Capital Group, LLC, and/or Gain Capital Forex.com UK, Ltd., originally seized pursuant to a court-authorized seizure warrant on or about July 10, 2014;

(b) approximately $2,698,747.76 seized by federal law enforcement agents from a bank account held in the name of Bast Amron LLP at Suntrust Bank, originally seized pursuant to a court-authorized seizure warrant on or about August 5, 2014;

(c) approximately $286,750.00 turned over to law enforcement by Edgar Salazar on or about November 4, 2014; and

(d) the approximately $23,806,491.08 seized by the Drug Enforcement Administration ("DEA") from on or about June 8, 2012 through 2015,

as forfeitable to the United States, pursuant to 18 U.S.C. § 982(a)(1) and 21 U.S.C. § 853(a) as: (a) property constituting, or derived from, any proceeds obtained directly or indirectly, as a result of the defendant's violation of 21 U.S.C. §§ 848(b), 848(c) and 848(e)(1)(A), 959, and 963; (b) property used, or intended to be used, in any manner or part, to commit, or to facilitate the defendant's violation of 21 U.S.C. §§ 848(b), 848(c) and 848(e)(1)(A), 959 and 21 U.S.C. § 963; (c) any of the defendant's interest in, claim against, and property or contractual rights affording a source of control over, the continuing criminal enterprise; (d) property involved in or traceable to the defendant's violation of 18 U.S.C. § 1956(h); and/or (e) a substitute asset, pursuant to 21 U.S.C. § 853(p);

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning December 3, 2015 and ending on January 1, 2016 (Docket No. 515);

WHEREAS, on or about December 3, 2015 and December 11, 2015, the government served via certified mail return receipt requested, notice to all those persons known to the government who might have an interest in the Forfeited Properties. (Certificate of Service as to Notice of Potential Third Parties, Docket No. 518);

WHEREAS, on or about February 2, 2016, Ross R. Hartog, Chapter 7 Bankruptcy Trustee of Banah International Group, Inc., ("Banah") filed a third party petition asserting a claim to the Forfeited Properties (Docket Nos. 521, 522);

WHEREAS, after briefing by the relevant parties, and after due consideration of of the issues before it, on or about August 30, 2017, this Court issued a Memorandum and Order dismissing Banah's third party petition (Docket No. 624); and

WHEREAS, apart from Banah, no other person or entity has filed with the Court any petition or claim in connection with the Forfeited Properties and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. § 982(a)(1), 21 U.S.C. §§ 853(a) and 853(p), and the Preliminary Order of Forfeiture ("Preliminary Order"), all right, title and interest in the Forfeiture Money Judgment, in addition to any and all seized properties that have been or will be seized, restrained and/or forfeited to the government of Colombia or any other foreign government, including, but not limited to the properties listed in Attachment A, which have been forfeited to the government of Colombia and are valued at approximately $97,788,500.44 (hereinafter, collectively the "Foreign Properties") and any payments towards the Forfeiture Money Judgment are hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the defendant shall remain liable and assist the United States in effectuating the payments towards the outstanding balance of the Forfeiture Money Judgment consistent with the defendant's obligation under the Preliminary Order.

IT IS FURTHER ORDERED that defendant shall remain liable to forfeit any and all funds that are currently or that may be frozen and/or blocked by any financial institution as a result of the designations by the United States Department of Treasury's Office of Foreign Assets Control ("OFAC") of the defendant, Jaiver Antonio Calle Serna, aka "Manuel Calle Serna" and/or aka "Javier Antonio Calle Serna", as a Specially Designated Narcotics Trafficker ("SDNT") and a Special Designated Narcotics Trafficker Kingpin ("SDNTK"), on or about June 1, 2011.

IT IS FURTHER ORDERED, that the United States Marshals Service, the United States Department of Treasury, or their duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Forfeited Properties and all payments towards the Forfeiture Money Judgment in accordance with all applicable rules and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order and the Preliminary Order of Forfeiture, and the Final Order of Forfeiture shall be made part of the defendant's sentencing and included in the judgment of conviction.

IT IS FURTHER ORDERED that the Clerk of the Court shall send, by inter-office mail, four (4) certified copies of this executed Final Order of Forfeiture to FSA Supervisor Maritza Arroyo, United States Attorney's Office, Eastern District of New York, 271-A Cadman Plaza East, Brooklyn, New York 11201.

Dated: Brooklyn, New York
January 25, 2018

SO ORDERED:

s/Ann M. Donnelly
_____
HONORABLE ANN M. DONNELLY
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

| # | Name of Property | Location (City-Department) | Matricula Number | Area |
|---|---|---|---|---|
| 1 | FINCA RANCHO ALEGRE | MUNICIPIO BUGA-VALLE | | 621 PLAZAS (3.974.400 MTS 2) |
| | | | 373-6095 | 1.670.000.000 MTS 2 |
| | | | 373-11638 | 1.290.000 MTS2 |
| | | | 373-16776 | 250.000 MTS 2 |
| | | | 373-29316 | 320.000 MTS2 |
| | | | 373-10933 | 150.000 MTS2 |
| | | | 373-8589 | 200 MTS2 |
| 2 | FINCA LA CAFETERA | MUNICIPIO RIO FRIO-VALLE | 384-11161 | 175.39 PLAZAS (1.122.496 MTS2) |
| 3 | FINCA CALIMA | PARCELACIÓN EL LAGO-8A-VALLE | 370-164558 | 10.000 MTS2 |
| 4 | FINCA LA OFELIA | MUNICIPIO LA TEBAIDA-QUINDÍO | 280-94469 280-94470 | 47 PLAZAS (300.800 MTS 2) |
| 5 | FINCA LOS GUADUALES | MUNICIPIO LA TEBAIDA-QUINDÍO | 280-62873 | 1.5 PLAZAS (9.600 MTS 2) |
| 6 | FINCA EL DIAMANTE | MUNICIPIO LA TEBAIDA-QUINDÍO | 280-23182 | 70 PLAZAS (448.000 MTS 2) |
| 7 | FINCA ESMERALDA | MUNICIPIO LA TEBAIDA-QUINDÍO | 280-33735 | 58 PLAZAS (371.200 MTS 2) |
| 8 | FINCA EL ORINOQUITO | MUNICIPIO LA TEBAIDA-QUINDÍO | 280-60001 | 123 PLAZAS (787.200 MTS 2) |
| 9 | FINCA LA ESPERANZA | MUNICIPIO LA TEBAIDA-QUINDÍO | 280-35198 | 30 PLAZAS (192.000 MTS 2) |
| 10 | LOTE SANTA ROSA | | | 58.000 MTS 2 |
| 11 | FINCA BESARABIA | MUNICIPIO DE ARMENIA-QUINDÍO | 280-79735 | 33 PLAZAS (211.200 MTS 2) |

| | | | | |
|---|---|---|---|---|
| 12 | **FINCA EL RESTAURANTE (LENINGRADO)** | MUNICIPIO LA TEBAIDA-QUINDÍO | 280-15509 | 34 PLAZAS (217.600 MTS 2) |
| 13 | **FINCA LA HABANA** | MUNICIPIO DE BUGA-VALLE | | 226 PLAZAS (1.446.400 MTS 2) |
| | | | 373-1763 | 60.000 MTS 2 |
| | | | 373-1764 | 110.000 MTS 2 |
| | | | 373-1765 | 740.000 MTS 2 |
| | | | 373-3954 | 120.000 MTS 2 |
| | | | 373-3722 | 410.000 MTS2 |
| 15 | **FINCA LA ESMERALDA** | MUNICIPIO DE BUGA-VALLE | 384-11246<br>384-3227<br>384-31627<br>384-22884<br>384-4314<br>384-70157<br>384-34475<br>384-34476<br>384-4528<br>384-31641<br>384-31642 | 651 PLAZAS (4.166.400 MTS 2) |
| 16 | **FINCA SAN JOSÉ** | MUNICIPIO DE BUGA-VALLE | 384-67618<br>384-80635<br>38480632<br>384-80500<br>384-80501<br>384-80502<br>384-80503<br>384-80636 | 653 PLAZAS (4.179.200 MTS2) |

| | | | | |
|---|---|---|---|---|
| 17 | **FINCA LA MANGA** | MUNICIPIO DE CERRITO-VALLE | 373-21119 | 42 PLAZAS (268.800 MTS 2) |
| 18 | **LA NUEVE PARCELA** | MUNICIPIO DE ROLDANILLO-VALLE | 380-11792 | 9 PLAZAS (57.600 MTS 2) |
| 19 | **FINCA CAFÉ DE LAS PALMAS** | MUNICIPIO DE MARCELLA -RISARALDA | 290-16114<br>290-1599<br>290-28726<br><u>290-1602</u><br>290-1605<br>290-1600<br>290-1606<br>290-1607 | 110 PLAZAS (704.000 MTS 2) |
| 20 | **FINCA CHALET PARCELAS** | MUNICIPIO DE ROLDANILLO-VALLE | 380-15340 | 1.800 MTS 2 |

| | | | | |
|---|---|---|---|---|
| 21 | FINCA "EL CAFÉ DE LAS CECILIAS" | MUNICIPIO DE MARCELLA -RISARALDA | 290-112146<br>290-112147<br>290-112148<br>290-112149<br>290-112150<br>290-112151<br>290-112152<br>290-112153<br>290-112154<br>290-112155<br>290-112156<br>290-102024<br>290-102025<br>290-42270<br>290-14580 | 95 PLAZAS<br>(680.000 MTS 2) |
| 22 | FINCA LOTE LA Z | CALI-VALLE | 370-574048<br>370-563914<br>370-574052<br>370-502538 | 2.5 PLAZAS<br>(16.000 MTS 2) |
| 23 | FINCA LA FLORIDA | BUENAVISTA-CÓRDOBA | 141-28884<br>141-11883<br>141-11781<br>141-1295<br>141-23805<br>141-23820<br>141-11832<br>141-16173<br>141-16176 | 532 Hectáreas<br>(5.320.000 MTS 2) |

| # | Nombre | Ubicación | Matrícula | Área |
|---|---|---|---|---|
| 24 | FINCA LA ENVIDIA | BUENAVISTA-CÓRDOBA | 141-22778<br>141-7885<br>141-22779 | 400 Hectáreas<br>(4.000 MT 2) |
| 25 | FINCA VILLA PAOLA | BUENAVISTA-CÓRDOBA | 141-0013223 | 158 Hectáreas<br>(1.580.000 MTS 2) |
| 26 | FINCA EL COPEY | MUNICIPIO DEL COPEY -CESAR | 190-54311 | 370 Hectáreas<br>(3.700.000 MTS 2) |
| 27 | "LOTE SANTA MARTA" | EL RODADERO (SANTA MARTA)-MAGDALENA | 080-83859 | 37.000 MTS 2 |
| 28 | FINCA LA MORENITA | ARMENIA- QUINDÍO<br>VEREDA MURILLO | 280-124652 | 26 CUADRAS<br>(166.400 MTS 2) |
| 29 | FINCA PRADERA 1 | MUNICIPIO DE PRADERA-VALLE<br>VEREDA BOLO SAN ISIDRO | 378-56661<br>378-154265<br>378-56664<br>378-11772<br>378-154266<br>378-56663 | 3 Hectárea 4.800 MTS<br>(34.800 MTS 2) |
| 30 | FINCA PRADERA 2 | MUNICIPIO DE PRADERA-VALLE<br>VEREDA BOLO SAN ISIDRO | 378-10957 | 10 Hectáreas y 2.400 mts<br>(102.400 MTS 2) |
| 31 | FINCA JAMUNDÍ | MUNICIPIO JAMUNDÍ-VALLE<br>VEREDA GUACHINTE | 370-38624 | 150 PLAZAS<br>(960.00 MTS 2) |
| 32 | FINCA EL PARAÍSO | CIMITARRA-SANTANDER | 324-48287<br>324-5523<br>324-39433 | 220 Hectáreas<br>(2.200.000 MST 2) |
| 33 | FINCA EL PARAÍSO 2 | CIMITARRA-SANTANDER | 324-4298 | 312 Hectáreas<br>(3.120.000 MTS 2) |
| 34 | FINCA EL PAISO | CIMITARRA-SANTANDER | 324-3903<br>324-4331 | 495 Hectareas<br>(4.950.000 MTS 2) |

| # | Nombre | Ubicación | Matrícula | Área |
|---|---|---|---|---|
| 35 | **FINCA LA SERRANA** | MUNICIPIO RISARALDA-CALDAS VEREDA MORRO AZUL | 103-3853 | 120 CUADRAS (768.000 MTS 2) |
| 36 | **FINCA HACIENDA LOS NARANJOS** | MUNICIPIO CIMITARA- VEREDA SAN JUAN DE LA CARRETERA-SANTANDER | | 365 Hectáreas (3.650.000 MTS 2) |
| 37 | **FINCA LA TRINIDAD** | MUNICIPIO DE PEREIRA-RISARALDA | 290-48113<br>290-48114<br>290-48115 | 36 PLAZAS (230.400 MTS 2) |
| 38 | **FINCA EL PEÑÓN** | MUNICIPIO DE GIRARDOT-CUNDINAMARCA | 307-27401 | |
| 39 | **FINCA LAS MERCEDES** | BUENAVISTA-CÓRDOBA | 141-0004555<br>141-0004076<br>141-0002602<br>141-0010962<br>141-0002796<br>141-0004736<br>141-0003854<br>141-0012513 | 364 Hectáreas (3.640.000 MTS 2) |
| 40 | **FINCA LA LORENA** | MUNICIPIO CIRCACIA-QUINDIO | 280-38099<br>280-46561 | 204 PLAZAS (1.305.600 MTS 2) |
| 41 | **FINCA LA CAROLINA** | MUNICIPIO LA TEBAIDA-QUINDÍO | 280-102270<br>280-120299<br>280-103021<br>280-103022 | 119 PLAZAS (761.600 MTS 2) |
| 42 | **EL SILENCIO** | MUNICIPIO LA TEBAIDA-QUINDÍO | 280-60004 | 25 PLAZAS (160.000 MTS) |
| 43 | **SAN LUIS** | MUNICIPIO LA TEBAIDA-QUINDÍO | 280-60005 | 25 PLAZAS (160.000 MTS) |
| 44 | **LA BARBORA** | MUNICIPIO LA TEBAIDA-QUINDÍO | 280-74800 | 61 PLAZAS (390.400 MTS 2) |

| 45 | UNKNOWN | MUNICIPIO PRADERA-VALLE | 378-89940 | UNKNOWN |